FILED
CLERK, U.S. DISTRICT COURT

SEP 2 9 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 5:15-cv-02310-VAP-DTB |
| Sharon B. White<br>also known as<br>Sharon Walker<br><br>DEFENDANT(S) | NOTICE OF DEFICIENCY RE:<br>WRIT OF EXECUTION AND<br>ABSTRACT OF JUDGMENT |

The document(s) submitted for issuance contains one or more errors, as indicated below, and is being returned to you for correction. Once the correction(s) has been made, please resubmit the document.

☐ Writ/abstract must contain the name(s) and address(es) of the judgment debtor.

☒ Entered date listed on the writ/abstract does not match the entered date of the judgment/order.
     Entered 09/20/2016.

☐ The amount(s) listed in writ/abstract do(es) not coincide with the amount(s) in the judgment/order.

☐ If there are no amounts for principal, attorney fees, costs or interest, please enter a zero (0) on each line.

☐ Attested date must be left blank.

☐ Last four digits of the judgment debtor's driver's license and social security number were not indicated on the Abstract of Judgment. If these numbers are unknown, place an "X" in the box labeled "Unknown."

☐ Original, unexecuted writ of execution must be returned to the clerk prior to the issuance of a successive writ if 180 days have not elapsed since the issuance of the original writ.

☐ Other:

Clerk, U. S. District Court

| September 29, 2016 | By APEDRO |
|---|---|
| Date | Deputy Clerk |

---

CV-52C (09/15)    NOTICE OF DEFICIENCY RE: WRIT OF EXECUTION AND ABSTRACT OF JUDGMENT

WHEN RECORDED MAIL TO:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S),<br>v.<br><br>SHARON B. WHITE AKA SHARON WALKER<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 5:15-CV-02310-VAP(DTBx<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on 09/19/2016
in favor of UNITED STATES OF AMERICA c/o GOLDSMITH & HULL, A.P.C.
whose address is 16933 PARTHENIA STREET, SUITE 110, NORTHRIDGE, CA 91343
and against SHARON B. WHITE AKA SHARON WALKER
whose last known address is 1150 W 48TH ST, SAN BERNARDINO, CA 92407
for $ 2,856.54      Principal,   $ 5,969.71      Interest,   $ 51.24 penalties $478.00, Costs,
and $ 2,175.00 credits $485.65 Attorney Fees.

ATTESTED this _____ day of _____, 20___.
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; ****-**-4025 (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

1150 W 48TH ST
SAN BERNARDINO, CA 92407

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

G-18 (03/12)                              ABSTRACT OF JUDGMENT/ORDER